# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

————

302 658 9200
302 658 3989 Fax

Megan E. Dellinger
(302) 351-9366
mdellinger@morrisnichols.com

June 12, 2026

The Honorable Gregory B. Williams                    *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building                         *AND HAND DELIVERY*
844 North King Street, Room 6124
Wilmington, DE  19801-3555

      Re:    *Pfizer Inc., et al. v. Apotex Inc.*
             C.A. No. 25-1306 (GBW) (consolidated)

Dear Judge Williams:

Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC (collectively, "Pfizer") write to provide context for Apotex Inc.'s and Apotex Corp.'s (collectively, "Apotex") letter to the Court (D.I. 40).

Apotex provided Pfizer what nominally was labeled a joint submission the afternoon of June 5, 2026, to request a discovery teleconference to address certain disputes. Unfortunately, that draft contained several misstatements of fact, including mischaracterizing Pfizer's positions and the parties' negotiations. Pfizer responded on June 10, 2026, providing edits to the joint submission that accurately represented points of disagreement in a neutral framing. Apotex rejected every edit and, in disregard for the Scheduling Order and Local Rules, threatened to file unilaterally and inform the Court that Pfizer did not reasonably cooperate in its submission. Pfizer responded the same day, offering alternative edits to the joint submission and again explaining why Apotex's framing misstated facts and the parties' negotiations. Apotex, without further warning or compromise, rejected Pfizer's edits and filed its letter (D.I. 40).

Pfizer will address the merits of Apotex's position if and when the Court schedules a hearing to address these disputes and sets a briefing schedule.

Pfizer is available at the convenience of the Court should Your Honor wish to discuss.

The Honorable Gregory B. Williams
June 12, 2026
Page 2

Respectfully,

/s/ Megan E. Dellinger

Megan E. Dellinger (#5739)

MED/bac

cc:     Clerk of the Court (via hand delivery)
        All Counsel of Record (via electronic mail)