## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PFIZER INC., FOLDRX
PHARMACEUTICALS, LLC, PF PRISIM
IMB B.V., AND WYETH LLC,

            Plaintiff,

            v.

APOTEX INC. and APOTEX CORP.,

            Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. Nos. 25-1306-GBW
(Consolidated)

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 25, 2026, a copy of Defendant Apotex's

[CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER] Objections and Responses to

Plaintiffs' First Set of Interrogatories to Defendants (Nos. 1-7); and Defendant Apotex's

[CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER] Objections and Responses to

Plaintiffs' Third Set of Requests for Production (No. 126) were served on the following via

electronic means:

Jeremy A. Tigan
Megan E. Dellinger
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Christopher J. Mandernach
Andrew L. Hoffman
Ayelet Evrony
Rhochelle Krawetz
Daniel Schneider
Williams & Connolly LLP
725 Twelfth Street, N.W.

Washington, D.C. 20005
tselby@wc.com
sfisher@wc.com
cmandernach@wc.com
ahoffman@wc.com
aevrony@wc.com
rkrawetz@wc.com
dschneider@wc.com


Dated:  June 25, 2026                    PHILLIPS, MCLAUGHLIN & HALL, P.A.

                                         */s/ John C. Phillips, Jr.*
                                         John C. Phillips, Jr. (#110)
                                         David A. Bilson (#4986)
                                         1200 North Broom Street
                                         Wilmington, DE 19806
                                         (302) 655-4200
                                         jcp@pmhdelaw.com
                                         dab@pmhdelaw.com

                                         *Attorneys for Defendants Apotex Inc. and Apotex Corp.*

2