IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., and WYETH LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 25-1306 (GBW) CONSOLIDATED |
| v. | ) ) | **CONFIDENTIAL** |
| APOTEX INC. and APOTEX CORP., | ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

WHEREAS, Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC ("Plaintiffs"), having filed a Motion for the Issuance of Letter of Request for International Judicial Assistance ("Motion"), and good cause having been shown;

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

The executed Letter of Request with the Seal of the Court is attached.  Plaintiffs shall forward the Letter of Request to the appropriate Indian authorities.

Dated: 7/31/2026

_____
UNITED STATES DISTRICT JUDGE