IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC., FOLDRX
PHARMACEUTICALS, LLC, PF PRISIM
IMB B.V., AND WYETH LLC,

          Plaintiff,

       v.

APOTEX INC. and APOTEX CORP.,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. Nos. 25-1306-GBW
(Consolidated)

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on August 4, 2026, a copy of Defendant Apotex's

Invalidity Contentions Pursuant to Paragraph 4(d) of the Delaware Default Standard was served

on the following via electronic means:

Jeremy A. Tigan
Megan E. Dellinger
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Christopher J. Mandernach
Andrew L. Hoffman
Ayelet Evrony
Rhochelle Krawetz
Daniel Schneider
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
tselby@wc.com
sfisher@wc.com
cmandernach@wc.com
ahoffman@wc.com

aevrony@wc.com
rkrawetz@wc.com
dschneider@wc.com


Dated:  August 4, 2026                         PHILLIPS, MCLAUGHLIN & HALL, P.A.

                                               */s/ David A. Bilson*
                                               John C. Phillips, Jr. (#110)
                                               David A. Bilson (#4986)
                                               1200 North Broom Street
                                               Wilmington, DE 19806
                                               (302) 655-4200
                                               jcp@pmhdelaw.com
                                               dab@pmhdelaw.com

                                               *Attorneys for Defendants Apotex Inc. and Apotex
                                               Corp.*