IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISIM IMB B.V., AND WYETH LLC,

Plaintiff,

v.

APOTEX INC. and APOTEX CORP.,

Defendants.

C.A. Nos. 25-1306-GBW
(Consolidated)

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on August 21, 2026, copies of Defendant Apotex's [CONFIDENITAL-SUBJECT TO PROTECTIVE ORDER] Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories to Defendants (Nos. 1-7) and Defendant Apotex's [CONFIDENTIAL-SUBJECT TO PROTECITVE ORDER] Supplemental Objections and Responses to Plaintiffs' Second Set of Requests for Production (Nos. 10-125) were served on the following via electronic means:

Jeremy A. Tigan
Megan E. Dellinger
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

Thomas H.L. Selby
Stanley E. Fisher
Christopher J. Mandernach
Andrew L. Hoffman
Ayelet Evrony
Rhochelle Krawetz
Daniel Schneider
Williams & Connolly LLP

725 Twelfth Street, N.W.
Washington, D.C. 20005
tselby@wc.com
sfisher@wc.com
cmandernach@wc.com
ahoffman@wc.com
aevrony@wc.com
rkrawetz@wc.com
dschneider@wc.com

Pfizer-Tafamidis@wc.com

Dated: August 21, 2026

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*