AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC

*Plaintiff(s)*

v.

Apotex Inc., Apotex Corp., and DifGen Pharmaceuticals LLC

*Defendant(s)*

Civil Action No. 25-1306 (GBW)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

DifGen Pharmaceuticals LLC
c/o Corporate Creations Network Inc.
1521 Concord Pike, Suite 201
Wilmington, DE 19803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan E. Dellinger
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT ★ DISTRICT OF DELAWARE ★

*CLERK OF COURT*

Date: 08/27/2026

Joel Morales

*Signature of Clerk or Deputy Clerk*

Case 1:25-cv-01306-GBW Document 72 Filed 08/27/26 Page 2 of 2 PageID #: 1266

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-1306 (GBW)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* DIFGEN PHARMACEUTICALS LLC
was received by me on *(date)* 08/27/2026 .

❐ I personally served the summons on the individual at *(place)* ________________ on *(date)* ________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ________________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CORPORATE CREATIONS NETWORK INC., AS AGENT, ACCEPTED NAJA HUBERT (MANAGING AGENT EMPLOYED AT REG. AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)* DIFGEN PHARMACEUTICALS LLC 1521 CONCORD PIKE, STE 201, WILMINGTON, DE 19803 on *(date)* 08/27/2026 ; or

❐ I returned the summons unexecuted because ________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/27/2026

[signature]
*Server's signature*

ALICIA DUNN PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LLC
PO BOX 1360, WILMINGTON, DE 19899
302-475-2600
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT (FILED UNDER SEAL); CERTIFICATE OF SERVICE; EXHIBITS A-C