IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., and WYETH LLC, | ) | **REDACTED - PUBLIC VERSION** |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 25-1306 (GBW) CONSOLIDATED |
| APOTEX INC. and APOTEX CORP., | ) | [redacted] |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE**
**TO FILE FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and the Court's Scheduling Order (D.I. 22 ¶ 4), Plaintiffs Pfizer Inc.; FoldRx Pharmaceuticals, LLC; PF PRISM IMB B.V.; and Wyeth LLC (collectively, "Pfizer") respectfully request leave to file a First Amended Complaint to add DifGen Pharmaceuticals LLC as a defendant. Attached as Exhibit A is Pfizer's proposed First Amended Complaint and attached as Exhibit B is a redline comparison between the proposed First Amended Complaint and the originally filed Complaint (D.I. 1). The grounds for this motion are provided in the letter brief filed herewith.

Pursuant to D. Del. LR 7.1.1, counsel for Pfizer raised the subject of this motion with counsel for Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex"), and Apotex does not oppose this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Thomas H.L. Selby
Stanley E. Fisher
Christopher J. Mandernach
Andrew L. Hoffman
Ayelet Evrony
Rhochelle Krawetz
Daniel Schneider
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000

August 26, 2026

## **RULE 7.1.1 CERTIFICATE**

Pursuant to D. Del. LR 7.1.1, counsel for Pfizer has raised the subject of this motion with counsel for Apotex, and Apotex does not oppose this motion.

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., and WYETH LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 25-1306 (GBW) CONSOLIDATED |
| APOTEX INC. and APOTEX CORP., | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint (the "Motion"), IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER HEREBY ORDERED that Plaintiffs shall separately file the amended pleading in the form attached as Exhibit A to Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint within three days of this Order;

IT IS FURTHER ORDERED that the case caption is hereby amended to:

| | | |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISM IMB B.V., and WYETH LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 25-1306 (GBW) CONSOLIDATED |
| APOTEX INC., APOTEX CORP. and DIFGEN PHARMACEUTICALS, LLC, | ) | |
| Defendants. | | |

SO ORDERED this ____ day of ______________, 2026.

______________________________________
The Honorable Gregory B. Williams
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 26, 2026, upon the following in the manner indicated:

John C. Phillips, Jr., Esquire — *VIA ELECTRONIC MAIL*
David A. Bilson, Esquire
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

Andrew M. Alul, Esquire — *VIA ELECTRONIC MAIL*
Richard T. Ruzich, Esquire
Luke T. Shannon, Esquire
Roshan P. Shrestha, Ph.D.
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)