IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISIM IMB B.V., and WYETH LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC., APOTEX CORP., and DIFGEN PHARMACEUTICALS LLC,<br><br>Defendants. | C.A. Nos. 25-1306-GBW (Cons.) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC and Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex"), through the undersigned counsel and subject to the approval of the Court, that the time for Apotex to answer, plead or otherwise respond to the First Amended Complaint (D.I. 71) shall be extended through and including September 17, 2026.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan Dellinger*
Jeremy A. Tigan (No. 5239)
Megan E. Dellinger (No. 5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorney for Plaintiffs Pfizer Inc., FoldRx Pharmaceuticals, LLC, PF PRISM IMB B.V., and Wyeth LLC*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

SO ORDERED this ________ day of ________________________, 2026.

____________________________________
The Honorable Gregory B. Williams