IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PFIZER INC., FOLDRX PHARMACEUTICALS, LLC, PF PRISIM IMB B.V., AND WYETH LLC,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., APOTEX CORP., and DIFGEN PHARMACEUTICALS LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 25-01306-GBW |

**DEFENDANT DIFGEN'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant DifGen Pharmaceuticals LLC ("DifGen"), by and through its undersigned counsel, hereby states as follows:

DifGen is a limited liability company organized and existing under the laws of the State of Delaware. DifGen has no publicly traded parent corporation, and no publicly traded corporation owns 10% or more of its membership interests.

Dated: September 17, 2026

*<u>/s/ John C. Phillips, Jr.</u>*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Of Counsel*:

Andrew M. Alul
Richard T. Ruzich
Roshan P. Shrestha, Ph.D.

Luke T. Shannon
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
312-527-4000
aalul@taftlaw.com
rruzich@taftlaw.com
rshrestha@taftlaw.com
lshannon@taftlaw.com

*Attorneys for Defendants Apotex Inc., Apotex Corp., and DifGen Pharmaceuticals LLC*